UNSEALED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNITED STATES OF AMERICA

v.

TIM TUYEN

**WARRANT FOR ARREST**

CASE NUMBER: 2:08-MJ-240 EFB

FILED JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

2008 JUL 14 PM 2:14

1540097

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

| | |
|---|---|
| Hon. EDMUND F. BRENNAN | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer | 7-14-08, Sacramento, CA |
| | Date and Location |

Bail fixed at $ 0  by  Hon. EDMUND F. BRENNAN
                           Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7-16-08 | TFO CRAIG SMITH | /s/ |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

—oOo—

SEALED

RECEIVED
UNITED STATES MARSHAL
2008 JUL 14 PM 2: 13

EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**
v.
**THAU BENH CAM**

FILED
JUL 1 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

154-0116

**WARRANT FOR ARREST**

CASE NUMBER: 2 0 8 - MJ - 2 4 0    EFB

**YOU ARE HEREBY COMMANDED** to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

| | |
|---|---|
| Hon. EDMUND F. BRENNAN | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 7-14-08, Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 0 by Hon. EDMUND F. BRENNAN
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7-14-08 | NAME AND TITLE OF ARRESTING OFFICER STEVE STAVROPOULOS SENIOR DEPUTY PROBATION OFFICER | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 7/14/08 | | |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNSEALED

1540099
RECEIVED
UNITED STATES MARSHAL

2008 JUL 14 PM 2:14

**UNITED STATES OF AMERICA**

v.

**PETER DUC TRUONG**

FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**WARRANT FOR ARREST**

CASE NUMBER:

2:08-MJ-240   EFB

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

| | |
|---|---|
| Hon. EDMUND F. BRENNAN | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 7-14-08, Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 0 by Hon. EDMUND F. BRENNAN
                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | 7-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 7-16-08 | Richard Snodgrass, SA FBI | [signature] |

UN~~SEALED~~

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNITED STATES OF AMERICA

v.

REUTHA RICH YUN

**FILED**
JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**WARRANT FOR ARREST**

CASE NUMBER: 2:08-MJ-240 EFB

RECEIVED
UNITED STATES MARSHAL
2008 JUL 14 PM 2: 14

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

| Hon. EDMUND F. BRENNAN | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Edmund F. Brennan | 7-14-08, Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 0 by Hon. EDMUND F. BRENNAN
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | 7-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 7/16/2008 | SA Marcus Knutson – FBI | /s/ |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
—oOo—

UN SEALED

**UNITED STATES OF AMERICA**
v.
**BANG THAI TANG**

FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER: 2:08-MJ-240 EFB

RECEIVED 1540111
UNITED STATES MARSHAL
2008 JUL 14 PM 2:13

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

| Hon. EDMUND F. BRENNAN | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 7-14-08  Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 0 by Hon. EDMUND F. BRENNAN
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | 7-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 7-16-08 | TFO Craig Smith | [signature] |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNSEALED

RECEIVED
UNITED STATES MARSHAL
2008 JUL 14 PM 2:13

1540113

UNITED STATES OF AMERICA
v.
ARTHUR LAO FONG LO

**WARRANT FOR ARREST**

FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CASE NUMBER: 2:08-MJ-240  EFB

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

| | |
|---|---|
| Hon. EDMUND F. BRENNAN | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Edmund F. Brennan | 7-14-08 Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 0 by Hon. EDMUND F. BRENNAN
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at CRESCENT CITY BY FBI/USMS.

| DATE RECEIVED | 7-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 7-16-08 | Carolyn F. Griffin SDUSM | Carolyn Griffin |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

—oOo—

**SEALED** (stamp)
**FILED** (stamp) JUL 18 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

RECEIVED UNITED STATES MARSHAL 2008 JUL 14 PM 2:13

1540106

UNITED STATES OF AMERICA
v.
QUINTILIAN MINHQUAN HUYNH,
aka Quincy

**WARRANT FOR ARREST**

CASE NUMBER: 2:08-MJ-240 EFB

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

Hon. EDMUND F. BRENNAN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

7-14-08, Sacramento, CA
Date and Location

Bail fixed at $ 0 by Hon. EDMUND F. BRENNAN
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | 7-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 7/16/08 | Scott Holladay / Special Agent | [signature] |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SEALED

FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       Deputy Clerk

RECEIVED
UNITED STATES MARSHAL
2008 JUL 14 PM 2:13

154004

**UNITED STATES OF AMERICA**
v.
**CALVIN TRUONG**

# WARRANT FOR ARREST

CASE NUMBER: 2:08-MJ-240 EFB

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

| | |
|---|---|
| Hon. EDMUND F. BRENNAN | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 7-14-08, Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 0 by Hon. EDMUND F. BRENNAN
                                      Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7/14/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/16/08 | KEVIN BIERNAT, DUSM | [signature] |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNSEALED

FILED JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RECEIVED
2008 JUL 14 PM 2:14

154 0102

UNITED STATES OF AMERICA
v.
TAN QUOC TO

**WARRANT FOR ARREST**

CASE NUMBER: 2 08 - MJ - 240   EFB

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation

charging him or her with (brief description of offenses)
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21, United States Code, Section(s) **841(a)(1), 846 and 843(b)**

Hon. EDMUND F. BRENNAN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

7-14-08, Sacramento, CA
Date and Location

Bail fixed at $ 0   by   Hon. EDMUND F. BRENNAN
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | 7-14-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 7-16-08 | Steven T. Harley | [signature] Steven T. Harley |