|  |  |
|---|---|
| **FILED** |
| July 22, 2008 |
| CLERK, US DISTRICT COURT |
| EASTERN DISTRICT OF |
| CALIFORNIA |
| DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                          )      Case No. MAG. 08-0240-EFB
          Plaintiff, )
v.                                       )      ORDER FOR RELEASE OF
                                          )      PERSON IN CUSTODY
PETER D. TRUONG, )
                                          )
          Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release PETER D. TRUONG, Case No. MAG. 08-0240-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___     Release on Personal Recognizance

     _X_     Bail Posted in the Sum of: $100,000.00.

             _X_     Unsecured Appearance Bond (Remaining balance)

             _X_     Appearance Bond with Surety (All available equity in subject property)

             _X_     (Other) Conditions as stated on the record.

             _X_     (Other) The Defendant is ordered released forthwith on a $100,000.00 unsecured bond, pending the filing of the secured bond paperwork due by 08/05/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/22/08  at 3:20 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge