```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
PETER TRUONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-08-342 |
| Plaintiff, | STIPULATION; ORDER |
| v. | Date: September 29th, 2011 |
| PETER TRUONG, | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

Defendant, PETER TRUONG, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jill Thomas, agree as follows:

It is hereby stipulated that the status conference currently set for September 29th, 2011 be vacated and a new status conference is to be scheduled on November 10th, 2011 at 9:00 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to November 10th, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). The request for additional time is to give counsel time to review the discovery. Further, counsel and the government agree that the interests of justice outweigh both the

1

1 defendant's and public's interest in a speed trial.

2

3

Dated: September 27th, 2011
4                                              Respectfully submitted,

5                                              /s/ Christopher Haydn-Myer

6                                              _____
                                               CHRISTOPHER HAYDN-MYER
                                               Attorney for Defendant
7                                              Peter Truong

8
DATED: September 27th, 2011                    BENJAMIN B. WAGNER
9                                              United States Attorney

10                                             /S/ Christopher Haydn-Myer for
                                               Jill Thomas
11                                             Assistant U.S. Attorney

12

13                                    **ORDER**

14      FOR GOOD CAUSE SHOWN, the status conference currently set for

15 September 29th, 2011 be vacated and a new status conference is to be

16 scheduled on November 10th, 2011 at 9:00 a.m., and that the time

17 under the Speedy Trial Act should be excluded from today's date to

18 November 10th, 2011, under Local Code T4, Title 18, United States

19 Code section 3161(h)(7)(B)(iv). Further, for the reasons set forth

20 above, the interests of justice are outweighed by both the

21 defendant's and public's interest in a speed trial.

22      IT IS SO ORDERED.

23 Dated: September 28, 2011

24

25                                      _____
26                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
27

28