```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
PETER TRUONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S-08-342 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | Date: November 10th, 2011 |
|  | ) | Time: 9:00 a.m. |
| PETER TRUONG, | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |  |

Defendant, PETER TRUONG, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jill Thomas, agree as follows:

It is hereby stipulated that the status conference currently set for November 10th, 2011 be vacated and a new status conference is to be scheduled on January 5th, 2012 at 9:00 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to January 5th, 2012, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). The request for additional time is to give counsel time to review the discovery. Further, counsel and the government agree that the interests of justice outweigh both the

1

defendant's and public's interest in a speedy trial.

Dated: <u>November 8th, 2011</u>                Respectfully submitted,

/s/ Christopher Haydn-Myer

_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Peter Truong

DATED: <u>November 8th, 2011</u>                BENJAMIN B. WAGNER
United States Attorney

<u>/S/ Christopher Haydn-Myer for</u>
Jill Thomas
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for November 10th, 2011 be vacated and a new status conference is to be scheduled on January 5th, 2012 at 9:00 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to January 5th, 2012, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). Further, for the reasons set forth above, the interests of justice are outweighed by both the defendant's and public's interest in a speedy trial.

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE